# UNITED STATES DISTRICT COURT

for the

MIDDLE District of TENNESSEE

NASHVILLE Division

**RECEIVED**

**APR 2 3 2026**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Case No _____
*(to be filled in by the Clerk's Office)*

BENJAMIN M. McGREW
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names )*

-v-

CHAD YOUKER
_____
Defendant(s)
*(Write the full name of each defendant who is being sued If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names Do not include addresses here )*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5 2 addresses the privacy and security concerns resulting from public access to electronic court files Under this rule, papers filed with the court should *not* contain an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number A filing may include *only* the last four digits of a social security number, the year of an individual s birth, a minor's initials, and the last four digits of a financial account number

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis

---

Case 3:26-cv-00528    Document 1    Filed 04/23/26    Page 1 of 12 PageID #: 1

I    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint   Attach additional pages if needed

Name                              BENJAMIN   M.   MCGREW

All other names by which

you have been known

ID Number                         81161

Current Institution               WILLIAMSON   CO   JAIL

Address                           408   CENTURY   CT

FRANKLIN                  TN              37064

City                       State            Zip Code

B    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation   Make sure that the defendant(s) listed below are identical to those contained in the above caption   For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity or both   Attach additional pages if needed

Defendant No 1

Name                              CHAD   YOUKER

Job or Title (if known)           CAPTAIN

Shield Number

Employer                          WILLIAMSON   CO   JAIL

Address                           408   CENTURY   CT

FRANKLIN          TN           37064

City               State         Zip Code

[X] Individual capacity    [X] Official capacity

Defendant No 2

Name

Job or Title (if known)

Shield Number

Employer

Address

City               State         Zip Code

[ ] Individual capacity    [ ] Official capacity

Defendant No 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

Defendant No 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

II    Basis for Jurisdiction

Under 42 U S C § 1983, you may sue state or local officials for the "deprivation of any rights privileges, or immunities secured by the Constitution and [federal laws]" Under *Bivens v Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U S 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights

A    Are you bringing suit against *(check all that apply)*

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local official (a § 1983 claim)

B    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]" 42 U S C § 1983 If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

- RLUIPA    - TCA 41-21-211
- FREE EXERCISE    - FTCA
- ESTABLISHMENT    - SPENDING & COMMERCE
    - RETALIATION

C    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D      Section 1983 allows defendants to be found liable only when they have acted under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia" 42 U S C § 1983 If you are suing under section 1983, explain how each defendant acted under color of state or local law If you are suing under *Bivens*, explain how each defendant acted under color of federal law Attach additional pages if needed

CHAD YOUKER CREATED A "BIBLE BAN" AND SEIZED ALL RELIGIOUS BOOK INCLUDING THE BOOK OF MORMON THIS COERCION OF NON-RELIGION POLICY PLACES A SUBSTANTIAL BURDEN ON MY SINCERLY HELD RELIGIOUS BELIEFS. THERE IS <u>ZERO</u> ACCESS TO LATTER DAY SAINTS RELIGION

III    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV.    Statement of Claim

State as briefly as possible the facts of your case Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events You may wish to include further details such as the names of other persons involved in the events giving rise to your claims Do not cite any cases or statutes If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph Attach additional pages if needed

A    If the events giving rise to your claim arose outside an institution, describe where and when they arose

B    If the events giving rise to your claim arose in an institution describe where and when they arose

FRANKLIN TN

WILLIAMSON Co J-AIL

AROSE 1/18/25 ! IN EFFECT AS OF 4/1/26

C.  What date and approximate time did the events giving rise to your claim(s) occur?

1/18/25 - PRESENT DAY

D.  What are the facts underlying your claim(s)? *(For example  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)* ON 1/18/25 CHAO YOUKER SEIZE ALL BIBLES & RELIGIOUS BOOKS INCLUDING THE BOOK OF MORMON. AS OF 4/1/26 THERE ARE NO MORMON BIBLES, NO MORMON CLASSES, NO MORMON ANYTHING. CHAO YOUKER IS AN ATHEIST & THE COERCION OF HIS RELIGIOUS POLICY PLACES A SUBSTANTIAL BURDEN ON MY SINCERELY HELD RELIGIOUS BELIEFS WITH THE MOST RESTRICTIVE MEANS. THERE IN __NO__ MORMON BOOKS ON THE TABLET

V.  Injuries

If you sustained injuries related to the events alleged above  describe your injuries and state what medical treatment, if any, you required and did or did not receive

- MY CONSTITUTIONAL RIGHTS ARE VIOLATED, I'M IN FEAR FOR MY LIFE & SAFETY DUE TO RETALIATION FOR BRING THIS SUIT

VI  Relief

State briefly what you want the court to do for you  Make no legal arguments  Do not cite any cases or statutes  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged  Explain the basis for these claims

- ENFORCE RLUIPA TO INCLUDE PHYSICAL ACCESS TO THE BOOK OF MORMON BIBLE, AND AA BOOK, AND MINISTRY VISITS
- ENFORCE THE ESTABLISHMENT, FREE EXERCISE, SPENDING & COMMERCE CLAUSE
- ENFORCE TCA 41-21-211
- CERTIFY CLASS ACTION, APPOINT COUNCEL, PRELIMINARY INJUNCTION, JURY DC
- $25,000,000 DAMAGES & ALL COURT COST & FEES

VII     Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ('PLRA"), 42 U S C § 1997e(a), requires that [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted "

Administrative remedies are also known as grievance procedures  Your case may be dismissed if you have not exhausted your administrative remedies

A       Did your claim(s) arise while you were confined in a jail, prison  or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison  or other correctional facility where you were confined at the time of the events giving rise to your claim(s)

WILLIAMSON Co JAIL

B       Does the jail, prison  or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C       Does the grievance procedure at the jail, prison  or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
NO ACCESS TO BOOK OF MORMON OR MORMON SERVICES

COERCION OF ATHEIST POLICY

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance

1.    Where did you file the grievance?

VERBAL

GRIEVANCE DROP BOX

KIOSK

2.    What did you claim in your grievance?

I WOULD LIKE ACCESS TO BOOK OF MORMON

3.    What was the result, if any?

DENIED

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not (Describe all efforts to appeal to the highest level of the grievance process)

I APPEALED ALL DECISIONS; EXHAUSTED ALL INTERNAL

REMEDIES

F    If you did not file a grievance

    1    If there are any reasons why you did not file a grievance, state them here

    2    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any

G    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies

    I MADE 7 REQUEST & GRIEVANCES FOR A BOOK OF MORMON & INMATE TRUST ACCOUNT

*(Note: You may attach as exhibit, to this complaint any documents related to the exhaustion of your administrative remedies)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous malicious, or fails to state a claim upon which relief may be granted unless the prisoner is under imminent danger of serious physical injury." 28 U S C § 1915(g)

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred and attach a copy of the order if possible

A      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☐ Yes

        ☒ No

B      If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format )*

      1    Parties to the previous lawsuit

          Plaintiff(s)

          Defendant(s)

      2    Court *(if federal court, name the district, if state court, name the county and State)*

      3    Docket or index number

      4    Name of Judge assigned to your case

      5    Approximate date of filing lawsuit

      6    Is the case still pending?

          ☐ Yes

          ☐ No

          If no, give the approximate date of disposition

      7    What was the result of the case? *(For example  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

C      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format)*

1.  Parties to the previous lawsuit

    Plaintiff(s)

    Defendant(s)

2.  Court *(if federal court, name the district, if state court, name the county and State)*

3.  Docket or index number

4.  Name of Judge assigned to your case

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no give the approximate date of disposition

7.  What was the result of the case? *(For example  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

Case 3:26-cv-00528   Document 1   Filed 04/23/26   Page 10 of 12 PageID #: 10

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation, (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery, and (4) the complaint otherwise complies with the requirements of Rule 11

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case

Date of signing          4/1/26

Signature of Plaintiff

Printed Name of Plaintiff          BENJAMIN  McGREW

Prison Identification #          81161

Prison Address          408   CENTURY   CT

                    FRANKLIN                    TN          37064
                    *City*                    *State*      *Zip Code*

### B. For Attorneys

Date of signing

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                    *City*                    *State*          *Zip Code*

Telephone Number

E-mail Address

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.   © USPS 2022

FSC
MIX
Envelope
FSC® C137131

This correspondence is from an inmate in a correctional institution The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

Robert Gordon
65920
408 Century a
Franklin, TN 37064

NASHVILLE TN 370.
20 APR 2026 PM 4. L

FOREVER / USA

RECEIVED
APR 2 3 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT
CLERKS OFFICE
719 CHURCH ST #1300
NASHVILLE, TN 37203

LEGAC
MATC

37203-709525